```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 02198
   JUDITH C LESLEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1503

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/08/2006 and was confirmed 07/03/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SVC        SECURED           7118.05            .00        7118.05
SANTANDER CONSUMER USA     UNSECURED        10281.50            .00            .00
COLLECT SYS                NOTICE ONLY      NOT FILED           .00            .00
DIVERSIFIED CREDIT SERVI   UNSECURED        NOT FILED           .00            .00
TCF BANK                   UNSECURED          496.12            .00            .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED           .00            .00
LML PAYMENT SYSTEMS        UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED           .00            .00
NCO COLLECTION AGENCY      UNSECURED        NOT FILED           .00            .00
NCO COLLECTION AGENCY      UNSECURED        NOT FILED           .00            .00
NEW AGE FURNITURE          UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
NATIONAL RECOVERIES INC    UNSECURED        NOT FILED           .00            .00
R & R COUNTRY MOTORS INC   UNSECURED        NOT FILED           .00            .00
R & R COUNTRY MOTORS INC   NOTICE ONLY      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED          472.61            .00            .00
VERIZON WIRELESS           NOTICE ONLY      NOT FILED           .00            .00
LEGAL HELPERS PC           DEBTOR ATTY       2,250.00                      1,544.78
TOM VAUGHN                 TRUSTEE                                           577.17
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               9,240.00

PRIORITY                                         .00
SECURED                                     7,118.05
UNSECURED                                        .00
ADMINISTRATIVE                              1,544.78
TRUSTEE COMPENSATION                          577.17

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 02198 JUDITH C LESLEY
```

```
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                         9,240.00          9,240.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/24/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE